

R. L. Wade and D. N. McMahan, Dallas, for appellant.

Henry Wade, Criminal Dist. Atty., Charles S. Potts, Asst. Criminal Dist. Atty., Dallas, and Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

The offense is misdemeanor theft; the punishment, thirty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Martin & Shown, Houston, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

**PER CURIAM.**

Drunken driving is the offense, with a prior conviction for an offense of like character. The punishment herein assessed is a fine of $100 and thirty days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

Claude Jerome JONES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27945.

Court of Criminal Appeals of Texas.

Jan. 18, 1956.

James Elmer CHAPPEL, Appellant,

v.

The STATE of Texas, Appellee.

No. 27972.

Court of Criminal Appeals of Texas.

Jan. 25, 1956.

